Patrick Zummo
Law Offices of Patrick Zummo
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
Texas Bar No. 22293450
(713) 651-0597 (facsimile)
pzummo@zoomlaw.com
(713) 651-0590 (telephone)

Richard W. Shapiro
Law Offices of Richard W. Shapiro, P.L.C.
6730 N. Scottsdale Rd., Suite 233
Scottsdale, Arizona 85253
Arizona Bar No. 5949
(602) 912-3898 (facsimile)
rws@rwshapirolaw.com
 (602) 912-3888 (telephone)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Humphreys & Partners Architects, LP, | Case No CV-14-01514-PHX-JJT |
| Plaintiff, | |
| v. | **FIRST AMENDED COMPLAINT** |
| Atlantic Development & Investments, Inc.; Auburn Ventures, LP; Auburn Developers, LLC; PWN Architects and Planners, Inc.; Patrick William Nook; Regis Construction, Inc.; Mark D. Breen; Jessica Breen; Glennmark Construction, Inc.; Antares Development & Investments, LLC; National Mortgage Investors, LLC; Celtic Property Management, LLC; and MDB 47 Partners, Ltd., | |
| Defendants. | |

Humphreys & Partners Architects, LP, plaintiff, files this First Amended Complaint against Atlantic Development & Investments, Inc., Auburn Ventures, LP, Auburn Developers, LLC, PWN Architects and Planners, Inc., Patrick William Nook, Regis

Construction, Inc., Mark D. Breen, Jessica Breen, Glennmark Construction, Inc., Antares Development & Investments, LLC, National Mortgage Investors, LLC, Celtic Property Management, LLC and MDB 47 Partners, Ltd., and for its causes of action would respectfully show the Court and Jury the following:

## PARTIES

1. Humphreys & Partners Architects, LP ("Humphreys") is a Texas limited partnership with its principal place of business in Dallas, Texas.

2. Atlantic Development & Investments, Inc. ("Atlantic Development") is a Connecticut corporation with its principal place of business in Scottsdale, Arizona. Atlantic Development regularly conducts business in the state of Arizona, including contracting for architectural services and construction in connection with the Auburn Ridge Senior Apartments. Such contracts are managed by Atlantic Development from its offices in Arizona. These contracts have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Atlantic Development has appeared and answered. .

3. Auburn Ventures, LP ("Auburn Ventures") is a Colorado limited partnership with its principal place of business in Scottsdale, Arizona. Auburn Ventures regularly conducts business in the state of Arizona, including contracting for architectural services and construction in connection with the Auburn Ridge Senior Apartments. Such contracts are managed by Auburn Ventures from its offices in Arizona. These contracts have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Auburn Ventures has appeared and answered.

4. Auburn Developers, LLC ("Auburn Developers") is a Colorado limited liability company with its principal place of business in Scottsdale, Arizona. Auburn Developers is the general partner of Auburn Ventures. Auburn Developers regularly

2

conducts business in the state of Arizona, including contracting for architectural services and construction in connection with the Auburn Ridge Senior Apartments. Such contracts are managed by Auburn Developers from its offices in Arizona. These contracts have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Auburn Developers has appeared and answered.

5. PWN Architects and Planners, Inc. ("PWN") is a Colorado corporation with its principal place of business in Colorado. PWN regularly conducts business in the state of Arizona, including the professional activities of its owner and principal architect, Patrick W. Nook, who is licensed to practice architecture in Arizona under License No. 45848. PWN's business in Arizona includes contracting to provide for architectural services in connection with the Auburn Ridge Senior Apartments. This contracting has established long term business relationships requiring regular exchanges of information and communications directed by PWN, at least in part, to Arizona. PWN has appeared and answered.

6. Patrick William Nook ("Nook") is an individual residing in Colorado. Nook is licensed as an architect in Arizona under License No. 45848. Nook regularly conducts business in the state of Arizona, including contracting to provide architectural services in connection with the Auburn Ridge Senior Apartments. This contracting has established long term business relationships requiring regular exchanges of information and communications directed by Nook, at least in part, to Arizona. Nook has appeared and answered.

7. Regis Construction, Inc. ("Regis") is a Colorado corporation with an office in Colorado. On information and belief, the activities of Regis in connection with the Auburn Ridge Senior Apartments are directed from Scottsdale, Arizona. Regis regularly conducts business in the state of Arizona, including contracting for construction in connection with the Auburn Ridge Senior Apartments. Such construction contracting has

established long term business relationships requiring regular exchanges of information and communications directed by Regis, at least in part, to Arizona. Regis has appeared and answered.

8.   Mark D. Breen is an individual residing in Arizona. Mark Breen regularly conducts business in the state of Arizona, including contracting for architectural services and construction in connection with the Auburn Ridge Senior Apartments. Such contracts are managed by Mark Breen from his offices in Arizona. These contracts have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Mark Breen has appeared and answered.

9.   Jessica Breen is an individual residing in Arizona. Jessica Breen regularly conducts business in the state of Arizona, including activities in connection with the development, construction and management of the Auburn Ridge Senior Apartments. Such activities are conducted by Jessica Breen from her offices in Arizona. These activities have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Service of process on Jessica Breen may be had by serving her at her regular place of business, 15957 N. 81st Street, Suite 101, Scottsdale, Arizona 85260.

10.   Glennmark Construction, Inc. ("Glennmark") is an Arizona corporation with its principal place of business in Scottsdale, Arizona. Glennmark, together with Antares Development & Investments, LLC is the Developer of the Auburn Ridge Senior Apartments. Glennmark regularly conducts business in the state of Arizona, including the supervision and management of the development of the Auburn Ridge Senior Apartments, from its offices in Arizona. These activities have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Service of process on Glennmark may be had

by serving its registered agent, Manhattan Service LLC, 15957 N. 81st Street, Suite 101, Scottsdale, Arizona 85260.

11.     Antares Development & Investments, LLC ("Antares") is an Arizona limited liability company with its principal place of business in Scottsdale, Arizona. Antares, together with Glennmark, is the developer of the Auburn Ridge Senior Apartments. Antares regularly conducts business in the state of Arizona, including the supervision and management of the development of the Auburn Ridge Senior Apartments, from its offices in Arizona. These activities have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Service of process on Antares may be had by serving its registered agent, Manhattan Service LLC, 15957 N. 81st Street, Suite 101, Scottsdale, Arizona 85260.

12.     National Mortgage Investors, LLC ("NMI") is a Connecticut limited liability company with its principal place of business in Scottsdale, Arizona. NMI is the Construction Lender to Auburn Ventures for the Auburn Ridge Senior Apartments. NMI regularly conducts business from its office in the state of Arizona, including approval of the infringing plans for the Auburn Ridge Senior Apartments, supervision and control of the construction of the infringing structures of the Auburn Ridge Senior Apartments, and supervision and control of the infringing leasing of individual infringing apartment units at the Auburn Ridge Senior Apartments. These activities have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Service of process on NMI may be had by serving its registered agent, Manhattan Service LLC, 15957 N. 81st Street, Suite 101, Scottsdale, Arizona 85260.

13.     Celtic Property Management, LLC ("Celtic") is an Arizona limited liability company with its principal place of business in Scottsdale, Arizona. Celtic is the management agent responsible for advertising and leasing apartment units in the Auburn Ridge Senior Apartments. Celtic conducts business in the state of Arizona, including the

5

direction and control of the advertising, operation, and leasing of apartment units at the Auburn Ridge Senior Apartments, from Celtic's offices in Arizona. Service of process on Celtic may be had by serving its registered agent, Manhattan Service LLC, 15957 N. 81st, Suite 101, Scottsdale, Arizona 85260.

14. MDB 47 Partners, Ltd. ("MDB 47") is a Colorado limited partnership with its principal place of business in Denver, Colorado. MDB 47 regularly conducts business in the state of Arizona, is a member of Celtic, and at the direction of its General Partner, Mark D. Breen, MDB 47, directs and manages Celtic in connection with Celtic's management, advertising and leasing of the Auburn Ridge Senior Apartments. These activities in the direction and management of Celtic are conducted by MDB 47 from its offices in Arizona. These contracts have established long term business relationships requiring regular exchanges of information and communications to be performed, at least in part, in Arizona. Service of process on MDB 47 may be had by serving its registered agent, David L. Lockwood, 9559 Kingston Court, Englewood, Colorado 80112.

## SUBJECT MATTER JURISDICTION

15. This Court has subject matter jurisdiction of this case because this action arises under federal copyright law, 17 U.S.C. § 101 *et seq*.

## VENUE

16. Venue is proper in this district under 28 U.S.C. § 1400(a) because all Defendants reside or may be found in this district. Furthermore, or in the alternative, venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims at issue occurred in this district. Furthermore, or in the alternative, venue is proper in this district under 28 U.S.C. § 1391(b)(3) because one or more of the Defendants is subject to the Court's personal jurisdiction with respect to the claims at issue.

**FACTUAL BACKGROUND**

17. Humphreys is an architectural firm which creates and markets architectural designs, both "architectural works" (as that term is defined in 17 U.S.C. § 101 and the Architectural Works Copyright Protection Act of 1990), and technical drawings depicting architectural works. Humphreys owns copyrights protecting these works.

18. In 2012, Defendants Mark Breen and Atlantic Development requested a proposal from Humphreys for land planning in connection with a proposed multi-family building for senior citizens to be constructed in Castle Rock, Colorado. Humphreys prepared a written proposal dated April 25, 2012 which Defendant Mark Breen accepted and signed. The written proposal described the scope of services as "Concept Design" and identified the specific plans and drawings to be prepared by Humphreys. The agreed price for these design services was $30,000.

19. In the signed proposal dated April 25, 2012, Humphreys expressly stated that there was no implied license, and that Humphreys' written approval was required for others to use the documents provided by Humphreys:

> All documents furnished by HPA pursuant to this Agreement shall remain the property of HPA and may not be used by the Owner for another project without HPA's prior written consent. Payment for design services does not allow use of the design for construction documents by others without written approval from HPA. There is no implied license granted in this Agreement.

20. Humphreys performed the agreed services and delivered the agreed plans and drawings to Atlantic Development and Mark Breen. The plans and drawings delivered were titled "Auburn Ridge" and were labeled with Humphreys' project number "12208." The set of plans and drawings consisted of the following:

| Cover Page | Site Plan with project data, zoning information and unit and parking tabulations |
|---|---|
| Front Elevation Page | Depicting Appearance of Front of Building |
| Page A-401 | Ground Floor Plan |
| Page A-402 | Second Floor Plan |
| Page A-403 | Third Floor Plan |
| Page A-410 | Typical Floor Plan |
| Page A301 | Unit Floor Plans A1, B1, B2 |

(These plans and drawings, and the design embodied in them, will be referred to in this Amended Complaint as "Auburn Ridge 12208.")

21.  The agreed services also included delivery of a project rendering. Humphreys performed this and delivered the project rendering to Atlantic Development and Mark Breen.  This two page project rendering was also titled "Auburn Ridge" and was also labeled with Humphreys' project number "12208."  One page of the rendering showed what the project would look like when viewed from the south, and the other page showed what the project would look like when viewed from the north.  (The artwork depicted in these two pages will be referred to in this Amended Complaint as the "Auburn Ridge 12208 Rendering." )

22.  Every page of the Auburn Ridge 12208 plans and drawings, and both pages of the Auburn Ridge 12208 Rendering that were delivered to Atlantic Development and Mark Breen included the following copyright notice:

> © 2012 by HUMPHREYS & PARTNERS ARCHITECTS, LP
> The arrangements depicted herein are the sole property of
> Humphreys & Partners Architects, LP and may not be
> reproduced in any form without its written permission

> Architectural conceptual site plans are for feasibility purpose only.  Revisions may occur due to further investigation from regulatory authorities and building code analysis.  Dimensions shown are of a strategic intent only.  Refer to surveys and civil drawings for technical information and measurements.

23. Under United States law, an "architectural work" is "the design of a building as embodied in any tangible medium of expression, including a building, architectural plans, or drawings.  The work includes the overall form as well as the arrangement and composition of spaces and elements in the design, but does not include individual standard features."  17 U.S.C. § 101.

24. Humphreys Auburn Ridge 12208 design is an original arrangement and composition of spaces and elements that forms a building design.  The Humphreys Auburn Ridge 12208 is protected by copyright under the United States Copyright Act, 17 U.S.C. § 101, et seq., both as an architectural work and as technical drawings.  Humphreys Auburn Ridge 12208 Rendering is protected by copyright under the United States Copyright Act as artwork.  Humphreys is currently, and at all relevant times has been, the sole owner of all copyrights in Auburn Ridge 12208 and the Auburn Ridge 12208 Rendering.

25. The Humphreys Auburn Ridge 12208 works have been registered with the United States Copyright Office.  A certificate of copyright registration for Auburn Ridge 12208 as an architectural work, Number VAu 1-170-460, was issued to Humphreys by the United States Copyright Office, effective June 11, 2014. A certificate of copyright registration for Auburn Ridge 12208 as technical drawings, Number VAu 1-170-461, was issued to Humphreys by the United States Copyright Office, also effective June 11, 2014. Humphreys has satisfied the registration requirement of 17 U.S.C. § 411(a) and may bring this action for infringement of the Auburn Ridge 12208 copyrights.

26. The Humphreys Auburn Ridge 12208 Rendering has been registered with the United States Copyright Office. The Certificate of Copyright Registration for Auburn Ridge 12208 Rendering as 2-D artwork, No. VAu 1-190-332, was issued to Humphreys by the United States Copyright Office, effective December 1, 2014. Humphreys has satisfied the registration requirement of 17 U.S.C. § 411(a) and may bring this action for infringement of the Auburn Ridge 12208 Rendering copyright.

27. Atlantic Development and Mark Breen accepted delivery of Humphreys Auburn Ridge 12208 plans, drawings and rendering. After the delivery of the plans, drawings and rendering, Humphreys made a proposal to Atlantic Development and Mark Breen for providing full architectural services for the senior apartment project. In August 2012, Mark Breen told Humphreys that Atlantic Development had decided to hire a lower priced architecture firm. Mark Breen did not tell Humphreys that Atlantic Development was going to use the Humphreys Auburn Ridge 12208 works or the Auburn Ridge 12208 Rendering for more than feasibility purposes, or that Atlantic Development was going to give the Humphreys Auburn Ridge 12208 design to the lower priced architect and have that architect prepare infringing copies, or that Atlantic Development was going to develop and construct an infringing building from such infringing plans and drawings.

28. PWN Architects and Planners, Inc. is an architectural firm owned and controlled by Patrick William Nook. On information and belief, Nook is an officer, director, principal, partner and/or major shareholder in PWN Architects and Planners, Inc. At all relevant times, Nook had the ability to supervise and control PWN Architects and Planners, Inc., including the involvement of PWN Architects and Planners, Inc. in the development of the Auburn Ridge Senior Apartments. At all relevant times, Nook was personally involved in and had a financial interest in the Auburn Ridge Senior Apartments by PWN Architects and Planners, Inc.

29. Atlantic Development and Mark Breen, without informing Humphreys or obtaining Humphreys' written permission, provided the Humphreys Auburn Ridge 12208

10

design to Defendants PWN and Nook. Without notice to Humphreys and without Humphreys' written permission, PWN and Nook prepared virtually identical copies and/or derivatives of Humphreys Auburn Ridge 12208 design. On these infringing design and construction drawings, PWN and Nook removed Humphreys' copyright notice. On each such drawing, PWN and Nook placed a title block identifying PWN. On each page, PWN and Nook also identified Nook as the architect of record. Moreover, PWN and Nook placed a notice on each of the building drawings, stating "COPYRIGHT © PWN ARCHITECTS AND PLANNERS, INC. 2012." Because each expression of the PWN/Nook Auburn Ridge Senior Apartments is an unauthorized copy or derivative of Humphreys' Auburn Ridge design, PWN's claim of copyright ownership in those architectural works, plans and drawings is false.

30.     Auburn Ventures, LP, as Owner, and Regis Construction, Inc., as Contractor, have applied for building permits from the City of Castle Rock, Colorado to construct an apartment complex of approximately 90 units to be known as the Auburn Ridge Senior Apartments. The design for the proposed apartment complex was purportedly prepared for Atlantic Development and Auburn Ventures by Nook and PWN. The design of the Auburn Ridge Senior Apartments is actually based on Humphreys Auburn Ridge 12208 design. Defendants Atlantic Development & Investments, Inc., Auburn Ventures, LP, Auburn Developers, LLC, PWN Architects and Planners, Inc., Patrick William Nook, Regis Construction, Inc., Mark D. Breen, Jessica Breen, Glennmark Construction, Inc., Antares Development & Investments, LLC, and National Mortgage Investors, LLC, are currently involved in the construction of this infringing building.

31.     Mark Breen is a principal, partner and/or major shareholder in Atlantic Development. At all relevant times, Mark Breen had the ability to supervise and control Atlantic Development in its development of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights. At all relevant times, Mark Breen was directly involved in and had and has a financial interest

in the development of Auburn Ridge Senior Apartments.

32.   Jessica Breen is an officer in Atlantic Development. At all relevant times, Jessica Breen had the ability to supervise and control Atlantic Development in its development of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights. At all relevant times, Jessica Breen was directly involved and has a financial interest in the development of Auburn Ridge Senior Apartments.

33.   Atlantic Development is a principal, partner and/or major shareholder in Auburn Developers. At all relevant times, Mark Breen, Jessica Breen and Atlantic Development had the ability to supervise and control Auburn Developers in its development of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights. At all relevant times, Mark Breen, Jessica Breen and Atlantic Development were directly involved in and had a financial interest in the development of Auburn Ridge Senior Apartments.

34.   Auburn Developers is the general partner of Auburn Ventures, LP. Mark Breen is the manager of Auburn Developers. At all relevant times, Mark Breen, Jessica Breen, Atlantic Development and Auburn Developers had the ability to supervise and control Auburn Ventures in its development of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights. At all relevant times, Mark Breen, Jessica Breen, Atlantic Development and Auburn Developers were directly involved in and had a financial interest in the development of Auburn Ridge Senior Apartments.

35.   Regis is a company incorporated by Jessica Breen, who is an officer of Atlantic Development, and who directed such incorporation from the offices of Atlantic Development in Scottsdale, Arizona. Atlantic Development, through its affiliate Auburn Ventures, LP, entered into a contract for the construction of a building based on the Humphreys Auburn Ridge 12208 design. Atlantic Development and/or Auburn Ventures

and/or PWN and/or Nook provided Regis with the unauthorized copies that PWN and Nook made of the Humphreys Auburn Ridge 12208 design. Regis is currently making an unauthorized copy of the Humphreys Auburn Ridge design in the form of a building being constructed from the unauthorized copies of Humphreys' Auburn Ridge design made by PWN and Nook.

36. Mark Breen, Jessica Breen and Atlantic Development, directly or through persons or entities under their control, hold ownership interests in Regis. At all relevant times, Mark Breen, Jessica Breen and Atlantic Development had the ability to supervise and control Regis in its construction of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights. At all relevant times, Mark Breen, Jessica Breen and Atlantic Development were directly involved in and had a financial interest in the development of the Auburn Ridge Senior Apartments.

37. Glennmark and Antares are collectively the Developer of the Auburn Ridge Senior Apartments. Mark Breen is the president, chief executive officer, and sole or majority shareholder of Glennmark. Jessica Breen is the president, manager and member of Antares. At all relevant times, Mark Breen, Jessica Breen, Glennmark and Antares had the ability to supervise and control the development of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights. At all relevant times, Mark Breen, Jessica Breen, Glennmark and Antares were directly involved in, and had a financial interest in, the development of the Auburn Ridge Senior Apartments.

38. NMI is the Construction Lender and Lender for the Auburn Ridge Senior Apartments. Mark Breen is the manager and member of NMI. At all relevant times, Mark Breen and NMI had the ability to supervise and control the infringement of Humphreys' copyrights by the other defendants, including by way of example, and without limitation:

    a.    Pursuant to a Secured Promissory Note dated January 1, 2013, and a Deed of Trust, Security Agreement, Assignment of Leases and Rents

and Fixture Financing Statement dated as of January 1, 2013 ("Deed of Trust"), NMI is the owner of the Auburn Ridge Senior Apartments Project, including the infringing buildings, structures and improvements located at that project. NMI has been assigned all right, title and interest of Auburn Ventures in and to the rents, profits, revenue, income and other benefits of the infringing improvements, including all right, title and interest of Auburn Ventures in and to all leases and occupancy agreements, as is more specifically described in the Deed of Trust, pp. 2-4, subparts (a) – (p) and in § 1.4 and § 1.5 on pp. 7-9 of the Deed of Trust.

b. The construction of the Auburn Ridge Senior Apartments is an infringement of Humphreys' copyrights in the Auburn Ridge 12208 design. NMI had the ability to supervise and control the infringement of Humphreys' copyrights in the construction of the Auburn Ridge Senior Apartments because it approved the infringing plans and specifications for such construction and required Auburn Ventures to prosecute the completion of the Auburn Ridge Senior Apartments in accordance with those infringing plans and specifications, as set forth in § 1.11, pages 11-12, of the Deed of Trust, and as confirmed in the Auburn Ventures, L.P. Amended And Restated Agreement Of Limited Partnership dated as of October 1, 2014, ("Partnership Agreement"), p. 23, §4.01(a), p. 26, § 4.01(k) and pp. 104-05, §13.04(a). NMI failed to exercise that control to prevent the infringement of Humphreys' copyrights.

c. NMI had the ability to supervise and control the infringement of Humphreys' copyrights in the construction, advertising and leasing of the Auburn Ridge Senior Apartments because it had the right to

14

        approve the partners of Auburn Ventures and the management agent of the Auburn Ridge Senior Apartments, as confirmed in the Partnership Agreement, p. 29, § 4.01(x), pp. 57-58, § 6.01 and § 6.02, and pp. 77-79, § 8.14 and § 8.15.  NMI failed to exercise that control to prevent the infringement of Humphreys' copyrights.

    d.    It is also an infringement of Humphreys' copyrights in the Auburn Ridge 12208 design to lease the infringing apartment units in the Auburn Ridge Senior Apartments.  NMI had the ability to supervise and control the infringement of Humphreys' copyrights in leasing such apartment units by approving the form of all such apartment leases, requiring Auburn Ventures to rent the infringing apartment units, and requiring Auburn Ventures to submit a copy of each executed lease and rental agreement to NMI, as provided in §1.5, pages 7-9 of the Deed of Trust, but failed to exercise that control to prevent the infringement of Humphreys' copyrights.

39.    NMI derived a financial benefit from the infringement of Humphreys' copyrights by requiring Auburn Ventures to assign all rents and profits from the rental of the infringing apartment units to NMI, as set forth in § 1.4, page 7 of the Deed of Trust, and as confirmed in the Partnership Agreement, p. 69, § 8.10(b).  The repayment of the NMI construction loan by proceeds of the infringement of HPA's copyrights gave NMI a direct financial interest in such infringement.

40.    Celtic is the Management Agent responsible for management of the Auburn Ridge Senior Apartments, including leasing and renting individual apartment units that infringe Humphreys' copyrights in the Auburn Ridge design.  Mark Breen and Jessica Breen are both managers of Celtic.  Mark Breen is also the general partner of MDB 47, which is the sole or majority member of Celtic.  At all relevant times, Mark Breen, Jessica Breen, MDB 47 and Celtic had the ability to supervise and control infringing leasing of the

Auburn Ridge Senior Apartments. At all relevant times, Mark Breen, Jessica Breen, MDB 47 and Celtic had the ability to supervise and control the use of infringing copies of the Humphreys Auburn Ridge 12208 Rendering in advertisements that were published and/or broadcast for the purpose of attracting tenants to lease the infringing apartment units in the Auburn Ridge Senior Apartments. At all relevant times, Mark Breen, Jessica Breen, MDB 47 and Celtic were directly involved in and had a financial interest in the management, advertising and leasing of the Auburn Ridge Senior Apartments.

41. Defendants have violated and continue to violate Humphreys' exclusive rights in the Auburn Ridge 12208 works (including the right to reproduce, the right to prepare derivative works and the right to rent or sell), by copying, publishing, distributing, advertising, renting and/or constructing, plans, drawings, a building and individual apartment units that were copied or otherwise derived from the Humphreys Auburn Ridge 12208 works, as detailed below:

   a. Defendants' Auburn Ridge Senior Apartments building, located at 1033 Auburn Drive, Castle Rock, Colorado, infringes the Humphreys Auburn Ridge 12208 design.

   b. The Defendants' Auburn Ridge Senior Apartments unit "A" infringes the Humphreys Auburn Ridge 12208 unit "A1" design.

   c. The Defendants' Auburn Ridge Senior Apartments unit "B" infringes the Humphreys Auburn Ridge 12208 unit "B1" design.

   d. The Defendants' Auburn Ridge Senior Apartments unit "C" infringes the Humphreys Auburn Ridge 12208 unit "B2" design.

42. Atlantic Development has also infringed Humphreys' copyrights in the Auburn Ridge design by displaying the Auburn Ridge front elevation, typical building floor plan and the three unit floor plans on its website, http://www.atlanticdev.com.   Atlantic Development has also infringed Humphreys' copyright in the Auburn Ridge 12208 Rendering by displaying the rendering on its website http://www.atlanticdev.com.

43. Celtic has infringed Humphreys' copyright in the Auburn Ridge 12208 Rendering by displaying the rendering on its website, http://www.celticpropertymanagement.com.

44. All of the foregoing infringements occur in advertisements and in the course of Atlantic Development's and Celtic's advertising activities.

45. The plans, drawings, building and individual apartments units of the Auburn Ridge Senior Apartments are the result of direct copying.

46. The use of copies of the Humphreys Auburn Ridge 12208 Rendering in advertisements on the Celtic website, http://www.celticpropertymanagement.com, is the result of direct copying.

47. In the alternative, each of the Defendants had a high degree of access to the Humphreys Auburn Ridge 12208 works, and Defendants' Auburn Ridge Senior Apartments plans, drawings, building and individual apartment units, are strikingly similar and/or substantially similar to the Humphreys Auburn Ridge 12208 works.

## CAUSE OF ACTION

### Copyright Infringement

48. Humphreys complains of Defendants for copyright infringement, and incorporates paragraphs 1 through 31 above by reference.

49. Defendants' construction and creation of the Auburn Ridge Senior Apartments building and associated design and construction drawings based on the Humphreys Auburn Ridge 12208 works has infringed and continues to infringe Humphreys' copyrights in the Auburn Ridge 12208 works.

50. Defendants' creation and publication of representations based on the Humphreys Auburn Ridge 12208 works have infringed and are infringing Humphreys' copyrights in the Auburn Ridge 12208 works.

51. Alternatively, Defendants had a financial interest in the creation of the

structures and/or associated design and construction drawings of the Auburn Ridge Senior Apartments, and had the power or the ability to supervise or control the creation of the structures and/or associated design and construction drawings of the Auburn Ridge Senior Apartments and/or the current rentals of the Auburn Ridge Senior Apartments, but failed to exercise that control to prevent the infringement of Humphreys' copyrights, and are therefore vicariously liable for infringement of Humphreys Auburn Ridge 12208 works.

52. Humphreys is entitled to recover all monetary remedies from Defendants' infringement to the full extent permitted by 17 U.S.C. § 504(b).

53. Defendants are liable for Humphreys' costs incurred in this action.

54. In addition, Humphreys is entitled to preliminary and permanent injunctions pursuant to 17 U.S.C. § 502 prohibiting Defendants from further infringement of Humphreys' copyrights, including but not limited to the further use of infringing plans, creation or use of derivative plans, and construction, sale or rental of infringing structures.

55. Furthermore, this Court should issue an order pursuant to 17. U.S.C. § 503 directing the United States Marshal's Service to (a) impound all copies of the Copyrighted Works, in possession of Defendants or their agents or contractors in violation of Humphreys' exclusive rights, and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies.

**Conditions Precedent**

56. With respect to all counts, Humphreys generally avers that all conditions precedent to its rights of recovery have occurred or been performed, or have been waived or excused by Defendants.

**JURY DEMAND**

57. Pursuant to Federal Rule of Civil Procedure 38, Humphreys respectfully demands trial by jury of all issues so triable.

WHEREFORE, PREMISES CONSIDERED, Humphreys & Partners Architects, LP prays that Defendants Atlantic Development & Investments, Inc., Auburn Ventures, LP, Auburn Developers, LLC, PWN Architects and Planners, Inc., Patrick William Nook, Regis Construction, Inc., Mark D. Breen, Jessica Breen, Glennmark Construction, Inc., Antares Development & Investments, LLC, National Mortgage Investors, LLC, Celtic Property Management, LLC and MDB 47 Partners, Ltd. be cited to appear and answer; and that upon final trial Humphreys have and recover from Defendants as set forth above, that Humphreys have permanent injunctive relief against Defendants as requested herein, and that Humphreys have such and other relief as it may show itself to be entitled.

RESPECTFULLY SUBMITTED this 25th day of March, 2015.

/s/ Richard W. Shapiro
Richard W. Shapiro
Law Offices of Richard W. Shapiro, P.L.C.
6730 N. Scottsdale Rd., Suite 233
Scottsdale, Arizona 85253
(602) 912-3888 (telephone)
(602) 912-3898 (facsimile)

Patrick Zummo
Law Offices of Patrick Zummo
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590 (telephone)
(713) 651-0597 (facsimile)

Attorneys for Plaintiff Humphreys & Partners Architects, LP

**Certificate of Service**

I certify that on March 25, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notification to the following ECF participants:

David A. Weatherwax
Dewain D. Fox
Karen Elms
Sherman & Howard L.L.C.
201 East Washington Street, Suite 800
Phoenix, Arizona 85004-2327
dweatherwax@shermanhoward.com
dfox@shermanhoward.com
kelms@shermanhoward.com

/s/ Richard W. Shapiro
Richard W. Shapiro